IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES<br>10118 Campus Way S. #203<br>Upper Marlboro, MD 20774<br><br>     Plaintiff,<br><br>v.<br><br>DR. FRANCIS J. HARVEY<br>Secretary<br>Department of the Army<br>101 Army Pentagon, Room 3E560<br>Washington, D.C. 20310<br><br>     Defendant. | Civil Action No. 06-0223 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

              Respectfully submitted,

              _____/s/_____
              KEVIN K. ROBITAILLE
              Special Assistant U.S. Attorney
              Civil Division
              555 Fourth St., N.W.
              Washington, D.C.  20530
              202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ELENA COLES
10118 Campus Way S. #203
Upper Marlboro, MD 20774

on this _____ day of June, 2006.

                                                  Respectfully submitted,

                                              _____/s/_____
                                              KEVIN K. ROBITAILLE
                                              Special Assistant U.S. Attorney
                                              Civil Division
                                              555 Fourth St., N.W.
                                              Washington, D.C.  20530
                                              202-353-9895  / FAX 202-514-8780