IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0223 (RMC) |
| DR. FRANCIS J. HARVEY<br>Secretary of the Army | ) |
| Defendant. | ) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

COMES NOW the Plaintiff, *pro se*, pursuant to Local Court Rule 7 and in opposition to Defendant's Motion for an enlargement states the following:

1. Defendant has failed to comply with this Court's Local Rule 7(a) by failing to include "specific points of law and authority" in support of its motion. As such, Defendant simply asks this court to ignore its own rules and give the Defendant more time because it wants it. The Defendant has filed to demonstrate why more time is warranted for an Answer.

2. Defendant has failed to comply with this Court's Local Rule 7(m) by failing to act in good faith and confer with Plaintiff regarding the nature of its request regarding this Motion. On Thursday, July 27, 2006, at 4:09 p.m. in the afternoon, the Defendant left a voice mail message on Plaintiff's telephone stating that he was the defense counsel in this matter and to call him. In this message, Defendant did not state the purpose of the call and did not request for an extension of time to answer. On Monday, July 31, 2006, after returning from an out-of-town

RECEIVED
AUG - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

trip, the Plaintiff returned the Defendant's call and left a message instructing the Defendant to contact her. Between July 31 when Plaintiff returned the Defendant's call and Defendant's August 4, 2006 deadline to Answer, the Defendant failed to contact the Plaintiff regarding the Motion to extend. What is extremely troubling to the Plaintiff is the fact that the Motion was filed on July 28, 2006, just hours after the first call to the Plaintiff and *days* before the actual filing deadline. As such, because the Defendant did not return Plaintiff's call before filing, the Defendant cannot now demonstrate that a good faith effort was made to obtain consent for an enlargement prior to filing its Motion.

3. Pursuant to Local Court Rule 7(b), the Plaintiff is afforded 11 days to oppose any motion. Under the current scenario, the Defendant seeks to abuse the local rules and bypass the time allotted to the plaintiff by filing its Motion on the eleventh hour thereby significantly limiting Plaintiff's ability to oppose the Defendant's motion.

4. Defendant has had adequate time to prepare an answer and granting additional time to the Defendant under these circumstances would result in prejudice to the Plaintiff. It is difficult to imagine, why the Department of the Army with all of its resources cannot answer a complaint in 60 days even if its answer is that it does not have adequate information to confirm or deny the allegations in the Complaint. It is even more difficult to imagine why the Defendant did not know that it could not answer in a timely manner until one week before its Answer was due. The Defendant has deposed the Plaintiff and conducted discovery while this matter was under the jurisdiction of the EEOC. Defendant conducted a hearing and took testimony under oath while this matter was being investigated by the Department of the Army. What the Defendant seeks is to force this Court to grant additional time so that it can instruct its agents and

employees to prepare and/or fabricate "sham" documents to support a fabricated Answer or Motion to Dismiss despite the fact that time has run out for its Answer.

Wherefore for the above stated reasons allowing the Defendant additional time to "Answer, Move or Otherwise Respond" would be unfairly prejudicial to the Plaintiff and in contradiction to the local rules of this Court. In an unbiased and fair judicial system that stands as the cornerstone of our democracy, special favors should not be granted to a Defendant merely because it is an Agency of the United States Government.

Respectfully submitted,

Elena Coles
10118 Campus Way South, #203
Upper Marlboro, MD  20774
(301) 336-1894
*pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, this 7 day of August, 2006 to:

Kevin K. Robitaille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Elena Coles

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0223 (RMC) |
| ) | |
| DR. FRANCIS J. HARVEY ) | |
| Secretary of the Army ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that the Defendant's Motion for an Enlargement of Time is DENIED.

Dated this _____ day of _____, 2006.

_____
Rosemary M. Collyer, United States District Judge

Copies to:
Elena Coles
10118 Campus Way South, #203
Upper Marlboro, MD 20774

Kevin K. Robitalle
Special Assistant U.S. Attorney
Civil Division
555 Fourth St. N.W.
Washington, D.C. 20530