**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELENA COLES | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0223 (RMC) |
| | ) | |
| DR. FRANCIS J. HARVEY | ) | |
| Secretary of the Army | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**
**WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se brings suit under  pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII").  Defendants respectfully move this Court for a fourteen (14) day enlargement of time through and including September 19, 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due September 5, 2006.

2.  Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the second enlargement of time sought in this matter.

5.  Defendant's counsel attempted to contact Plaintiff regarding this matter but has been unable to reach her at the number listed on the Court's docket.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of

Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with

this Motion.

<div style="margin-left: 40%">

Respectfully submitted,


_____/s/_____
KENNETH L.  WAINSTEIN, D.C.  Bar #451058
United States Attorney




_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney




_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELENA COLES** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) **Civil Action No. 06-0223 (RMC)** |
|  | ) |
| **DR. FRANCIS J. HARVEY** | ) |
| **Secretary of the Army** | ) |
| **Defendant.** | ) |
|  | ) |
|  | ) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move

or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including September 19,

2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.


_____
Rosemary M. Collyer
United States District Judge


Copies to:
ELENA COLES
10118 Campus Way S. #203
Upper Marlboro, MD 20774

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage

prepaid to:

ELENA COLES
10118 Campus Way S.
Apartment 203
Upper Marlboro, MD 20774

on this 1st day of September, 2006.

                                        Respectfully submitted,


                                        _____/s/_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        202-353-9895  / FAX 202-514-8780