IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. FRANCIS J. HARVEY )<br>Secretary of the Army )<br>Defendant. )<br>)<br>) | Civil Action No. 06-0223 (RMC) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff, pro se, brings suit pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII").  Defendant respectfully moves this Court for a seven (7) day enlargement of time through and including September 26, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is presently due September 19, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.  Specifically, Defendant is finalizing a declaration from one of the Walter Reed Army Medical Center Infectious Disease Clinic supervisors, regarding the contract between the government and Kelly services under which Plaintiff worked.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the third enlargement of time sought in this matter.

5. Plaintiff opposes this relief.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

                                                    Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELENA COLES** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0223 (RMC) |
| | ) |
| **DR. FRANCIS J. HARVEY** | ) |
| **Secretary of the Army** | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including September 26, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Rosemary M. Collyer
United States District Judge

Copies to:
ELENA COLES
10118 Campus Way S. #203
Upper Marlboro, MD 20774

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ELENA COLES
10118 Campus Way S.
Apartment 203
Upper Marlboro, MD 20774

on this 18th day of September, 2006.

                                    Respectfully submitted,

                                _____/s/_____
                                KEVIN K. ROBITAILLE
                                Special Assistant U.S. Attorney
                                Civil Division
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                202-353-9895  / FAX 202-514-8780