# Defendant's Exhibit 2

Case 1:06-cv-00223-RMC    Document 7-3    Filed 09/26/2006    Page 1 of 3

## SERVICE CONTRACT ACT ORIENTATION STATEMENT
## FOR NON EXEMPT EMPLOYEES

This contract is subject to the Service Contract Act of 1965 and Wage Determination. According to our contract, we must either notify each service employee of the minimum monetary wage and fringe benefits required or post the wage determination. Kelly has opted to notify each service employee. Your required monetary wage and fringe benefits are as follows:

| | | |
|---|---|---|
| Minimum Monetary Wage | $10.28 | per hour |
| Health and Welfare | $1.63 | per hour |
| Total Hourly Wage | $11.91 | per hour |

Benefits:

1. Fringe Benefits (Health and Welfare) of $1.63 per hour will be contributed to a medical insurance program. The program structure is as follows:
   I.   1-90 Hour Plan
   II.  91-190 Hour Plan
   III. 191+ Hour Plan

   Each level will contain bonafide health and welfare coverages, including life insurance and daily hospital indemnity benefits, as defined and specified in the Regulations for Service Contract Act projects by the Department of Labor.

   The amount of benefit level coverage will be determined by the number of hours worked.

   Specific details and enrollment information will be provided by Insured Benefits Plan, Inc. and the health care provider.

2. Vacation – temporary employees are entitled to two weeks paid vacation after one year; 3 weeks after 5 years; and 4 weeks after 15 years. Vacation pay will be proportionate to the hours worked in the preceding 12 months.

3. Holiday – temporary employees are entitled to ten paid holidays per year, if on an assignment subject to the Service Contract Act when the holiday occurs; a holiday paycheck will be issued for New Year's Day, Martin Luther King Jr. Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day and Christmas Day. Holiday pay will be proportionate to the hours worked.

Kelly Services' policy regarding Holiday and Vacation pay does not apply while on any assignment subject to the Service Contract Act regulations.

I have been informed of my minimum monetary wage and fringe benefits.

_____
Temporary Employee

WITNESS:
_____



## ATTENDENCE GUIDLINES

Failure to comply with the standards set forward may result in the loss of your employment.

### GUIDELINES

The following actions will result in 1 occurrence:
- 1 day absence without notice
- 1 late/leave early of 5 minutes or more without notice

*1 OR MORE OCCURANCE WILL RESULT IN APPROPRIATE ACTION*

NO SHOW ON THE FIRST DAY OF WORK WITH OUT NOTICE = VOLUNTARILY QUIT, INELIGIBLE FOR FURTHER EMPLOYMENT

### LEAVE

You must always notify Kelly Services at 202-782-0483 of any scheduled (vacation, approved leave, etc.) or unscheduled (illness, emergency, accident, etc.) absence. Do not call your supervisor. If your supervisor has requested that you contact them, you must also contact the Kelly Services On-Site office.

Our voice mail will handle your call anytime after regular business hours or weekends!

### CHANGES IN ASSIGNMENT

You must always contact Kelly Services if the completion date of your assignment changes. This can occur when work loads or other situations change in the department.

You must always contact Kelly Services if the supervisor wants you back at a later date.

If you have any questions in reference to these guidelines please contact the Kelly Services On-Site office at 202-782-0483.

| ELENA COLES | 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 |
|---|---|
| EMPLOYEE NAME | SSN |
| *(signature)* | 9-6-2000 |
| EMPLOYEE SIGNATURE | DATE |

100596  123