IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELENA COLES,<br>      Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CASE NO. 1:06CV00223 (RMC) |
| FRANCIS J. HARVEY,<br>Secretary, Department of the Army<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, any opposition thereto, and the entire record, it is this _____ day of _____, 2006 hereby

ORDERED, that the defendant's motion is GRANTED; it is

FURTHER ORDERED that plaintiff's complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

ELENA COLES
10118 Campus Way S.
Apartment 203
Upper Marlboro, MD 20774