**Capital Reporting Company**

SHEET 1   PAGE 1

1

```
 1         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                   Washington Field Office
 2            1400 L Street, N.W., Suite 200
                   Washington, D.C. 20005
 3

 4   - - - - - - - - - - - - -x
                               :
 5   ELENA COLES,              :
                               :
 6        Complainant,         :
                               :
                               :        EEOC No.
 7   vs.                       :        100-20004-00353X
                               :
 8   U.S. Department           :
     of the Army,              :        Agency No.
                               :        ARWRAMCO1JUL0003
 9                             :
          Agency.              :
10                             :
     - - - - - - - - - - - - -x
11                                      Washington, D.C.

12                         Thursday, October 14, 2002

13   Deposition of:

14            CLIFTON HAWKES, M.D.

15   called for oral examination by counsel for

16   Complainant, pursuant to notice, at the offices

17   of Frederick J. Brynn, P.C., 922 Pennsylvania

18   Avenue, S.E., Washington, D.C., before Jodi

19   Scheffel, a Notary Public in and for the

20   District of Columbia, beginning at 12:20 p.m.,

21   when were present on behalf of the parties:

22
```

SHEET 47   PAGE 47

**Capital Reporting Company**

47

```
 1      Q.   Does the noncommission officer in charge
 2   report to you?
 3      A.   Yes.
 4      Q.   So you're responsible for his or her
 5   actions?
 6      A.   Yes.
 7      Q.   Dr. Hawkes, I'm going to introduce now to
 8   you some e-mails.  I'm going to have this labeled
 9   Exhibit D.
10           (Hawkes' Exhibit D was marked for
11            identification.)
12   BY MR. ALFARO:
13      Q.   Dr. Hawkes, can you please identify the
14   name of the sender?
15      A.   Gregg Lawrence.
16      Q.   And what's the documents read here
17   (indicating)?
18      A.   It says in box for elenajc@yahoo.com.
19      Q.   What's the date and time of this
20   document?
21      A.   24 May 2001.
22      Q.   Was Gregory Lawrence employed by the Army
```

1000 Connecticut Avenue, NW, Suite 505
Washington, D.C. 20006
202.857.DEPO (3376) www.CapitalReportingCompany.com

**Capital Reporting Company**

48

1   within the clinic on this date?
2       A.   Yes.
3       Q.   Was Ms. Coles employed by the clinic on
4   this date?
5       A.   Yes.
6       Q.   Would this date and time be considered
7   working hours in the clinic?
8       A.   Yes.
9       Q.   Do you recognize any other names in this
10  e-mail?
11      A.   When I say the date and time, I must
12  qualify that.  If it's using conventional time and
13  not military time.
14      Q.   Okay.
15      A.   Do I know anybody that's on this list?
16      Q.   Right.  Do you recognize any e-mail
17  addresses there that you might have seen before?
18      A.   No, I don't.
19      Q.   But you do agree that Sergeant Lawrence
20  and Ms. Coles would be working at that time?
21      A.   Yes.  That would be during normal duty
22  hours.

SHEET 49  PAGE 49

**Capital Reporting Company**

49

1  Q. Thank you. Let me ask a question about
2  it. Page 2, what does this stand for, Medical
3  Records, Fourth?
4  A. I do not know.
5  Q. Can you recognize it as within the clinic
6  section?
7  A. No, not that I'm aware of.
8  Q. Is there a medical record office or
9  library on the fourth floor at the clinic?
10 A. Well, the clinic is on the sixth floor.
11 The fourth floor is mostly operating rooms and
12 intensive care units unless it's medical receiving,
13 but it's not familiar to me.
14 Q. So you've never seen it before?
15 A. No.
16 Q. Dr. Hawkes, I'm going to show you now
17 some e-mails and some pictures of the e-mails.
18 A. Uh-huh.
19 Q. If you could briefly take a look at them
20 and describe to me what you see right here
21 beginning with the first one (indicating).
22 A. I can only make out clearly what appears

1000 Connecticut Avenue, NW, Suite 505
Washington, D.C. 20006
202.857.DEPO (3376) www.CapitalReportingCompany.com

**Capital Reporting Company**

SHEET 50   PAGE 50

50

1  to be a woman kneeling and then something or
2  someone behind who appears to be simulating a
3  sexual act. I can't make that out.
4      Q.  Great. Take a look at the next picture.
5      A.  Okay. Again, this appears to be a
6  picture of Snow White and the Dwarfs in a sexual
7  position, one dwarf in the rear penetrating
8  Cinderella and Cinderella performing an oral act on
9  the dwarf in the front.
10     Q.  Briefly look at the others pictures and
11 just, you know, categorize them.
12     A.  The second picture here on page 4 of 6
13 shows a gentleman and a woman who are -- the woman
14 is nude and the gentleman is doing something. I'm
15 not sure what.
16         The first picture on page 5 of 6 has,
17 again, what appears to be Cinderella and the dwarf
18 performing oral sex on Cinderella. The second
19 picture of page 5 of 6, I can't really see very
20 clearly but it looks like it could be Beavis and
21 Butthead. The third picture on page 5 of 6
22 demonstrates what appears to be a dwarf

1000 Connecticut Avenue, NW, Suite 505
Washington, D.C. 20006
202.857.DEPO (3376) www.CapitalReportingCompany.com

**Capital Reporting Company**

SHEET 51   PAGE 51

51

```
 1   masturbating.
 2        Q.   What's the date again on this e-mail
 3   here?
 4        A.   This is 25 June 2001.
 5        Q.   What time?
 6        A.   It is 9:12 in the morning.
 7        Q.   Do you recognize the sender of this
 8   e-mail?
 9        A.   Its says Gregg Lawrence.
10        Q.   What does it say over here (indicating)?
11        A.   Inbox for elenaajc@yahoo.com.
12        Q.   Let me just briefly show you -- what can
13   you capture off of that picture (indicating)?
14        A.   This is page 2 of 2.  It is a cartoon.
15   Do you want me to describe the panel by panel?
16        Q.   Well, no.  Just briefly, is it sexual in
17   nature?
18        A.   I would say so.
19        Q.   What's the date on this e-mail here
20   (indicating)?
21        A.   25 June 2001.
22        Q.   What is the recipient of this e-mail here
```

SHEET 52  PAGE 52

**Capital Reporting Company**

52

1     (indicating)?

2     A.    It says inbox for elenaajc@yahoo.com.

3     Q.    Do you recognize the sender?

4     A.    It says from Gregg Lawrence.

5     Q.    What's the time?

6     A.    It's 9:10 in the morning.

7     Q.    Again, this will be working hours, normal
8  working hours, correct?

9     A.    That's correct, on a Monday.

10    Q.    Could you describe what you see in this
11 picture?

12    A.    Page 2 of 2.  It appears to be a woman
13 who is nude in the left top and also appears to be
14 an amorphodite.

15    Q.    After reviewing such pictures,
16 Dr. Hawkes, will you, with certainty, state that
17 they are sexual in nature?

18    A.    Yes.

19    Q.    Is this something that other employees
20 during working hours will send other coworkers or
21 employees would send to each other during working
22 hours?

**Capital Reporting Company**

SHEET 53   PAGE 53

53

1   A. Is it something they would send?

2   Q. Yes.

3   A. It's something they should not send.
4   Whether they would, I cannot say. It's something
5   they should not send.

6   Q. You read the policy. Do you remember
7   that?

8   A. Yes.

9   Q. One of the specifics in the policy is
10  that such explicit pictures would be considered a
11  violation of the policy of sexual harassment; is
12  that correct?

13  A. Yes.

14      MR. STOTTLEMYER: Objection; calls for a
15  conclusion of law.

16      MR. ALFARO: Objection noted.
17  BY MR. ALFARO:

18  Q. In your opinion, seeing these pictures
19  here and reading the policy within your office or
20  agency, would you conclude that this is a violation
21  of that policy?

22  A. In my opinion, yes. It would be a



**DEPARTMENT OF THE ARMY**
NORTH ATLANTIC REGIONAL MEDICAL COMMAND
AND
WALTER REED ARMY MEDICAL CENTER
6900 GEORGIA AVENUE NW
WASHINGTON, DC 20307-5000



REPLY TO
ATTENTION OF

MCAT-EEO

MAR 1 2 2003

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Commander's Policy on Sexual Harassment

1. Reference. AR 690-12, dated 4 Mar 88.

2. Purpose. To establish the Commander's policy on Sexual Harassment

3. Applicability. Applies to all applicants for employment, employed civilians, and contractor personnel services by the WRAMC Equal Employment Opportunity Office.

4. Policy. This command will provide a workplace for all employees and applicants for employment regardless of race, color, religion, age, sex, national origin, and (mental or physical) disability that is free from sexual harassment. I am particularly concerned with sexual harassment in the workplace, including the use or display of abusive and offensive sexual language or pictures. Sexual harassment is a form of sex discrimination that involves unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature, when:

   a. Submission to or rejection of such conduct is made either explicitly or implicitly a term or condition of a person's job, pay or career.

   b. Submission to or rejection of such conduct by a person is used as a basis for career or employment decisions affecting that person.

   c. Such conduct interferes with an individual's performance or creates an intimidating, hostile or offensive environment.

5. Sexual harassment violates acceptable standards of conduct required of all personnel, reduces mission effectiveness and wastes valuable resources. Any supervisor or manager who exhibits or condones sexual behavior to control, influence or affect the career, pay, or job of another employee is engaging in sexual harassment. Individuals who make deliberate or repeated unwelcome verbal or physical contact of a sexual nature is also engaging in sexual harassment.

6. The proponent for this policy is the WRAMC EEO Office, (202)-782-3343.

KEVIN C. KILEY
Major General, MC
Commanding

DISTRIBUTION:
A