Yahoo! Mail

Inbox for elenaajc@yahoo.com          Yahoo! - My Yahoo!   Options - Sign Out - Help

Mail   Addresses   Calendar   Notepad

**Turn your small business into big business.**
Get your company's web address for $35/year on Yahoo! Domains.

www. type-it-here

as attachment                                             **Download** Attachments

· Choose Folder ·

Prev | Next | Inbox

From: "gregg lawrence" <lover357@hotmail.com> | **Block Address** | **Add to Address Book**
To: elenaajc@yahoo.com
Subject: Fwd: Fw: FW: Nasty Disney
Date: Thu, 24 May 2001 10:03:05 -1000

```
>From: "Laquetta Ruston" <laquetta75@hotmail.com>
>To: pappachi35@hotmail.com, latincoxy21@aol.com, pratt143@hotmail.com,
>ebboogie21@yahoo.com, hawaiilynn@yahoo.com, slimsim77@blackplanet.com,
>lover357@hotmail.com, scifi_2@hotmail.com, shagadelicjim@hotmail.com,
>dabrownbombshell@hotmail.com, sheenapooh74@hotmail.com,
>adcstar12@hotmail.com, cocoa2cocoa@yahoo.com, focus716@hotmail.com,
>b3sbro@aol.com, Simplyred@hawaii.rr.com, squeakdawg@hotmail.com,
>tnasty12@hotmail.com
>Subject: Fwd: Fw: FW: Nasty Disney
>Date: Thu, 26 Apr 2001 21:00:09 -0000
>
>
>
>
>>From: "jennifer dunlap" <jenny42@bellsouth.net>
>>To: <laquetta75@hotmail.com>
>>Subject: Fw: FW: Nasty Disney
>>Date: Mon, 16 Apr 2001 00:30:30 -0400
>>
>>
>>----- Original Message -----
>>From: Dianna Dunlap
>>To: jenny42@bellsouth.net
>>Sent: Sunday, April 08, 2001 12:09 PM
>>Subject: Fwd: FW: Nasty Disney
>>
>>
>>
>>
>>
>> >From: "Marion Newman" <newman_marion@hotmail.com>
>> >To: dianna_dunlap@hotmail.com
>> >Subject: Fwd: FW: Nasty Disney
>> >Date: Wed, 21 Mar 2001 15:22:05 -0000
>> >
>>
>>_____
>>Get your FREE download of MSN Explorer at http://explorer.msn.com
```

PLAINTIFF'S EXHIBIT "C"

```
>>
>>
>>
>>------------------------------------------------------------------------
>>
>>
>>
>>
>>
>>
>>From: "Charles Hunter"
>>To: newman_marion@hotmail.com, patservice@hotmail.com
>>Subject: Fwd: FW: Nasty Disney
>>Date: Thu, 01 Mar 2001 21:38:10
>>----Original Message Follows----
>>From: "tabatha pirtle"
>>To: DVM78@HOTMAIL.COM, rodneysmiley@hotmail.com, SlimFlight3@aol.com,
>>becare4@email.com, clhunt@hotmail.com, LadyAce7@aol.com,
>>Victor.Houston@kp.org, jwoolfolk@supporttechnologies.com
>>Subject: Fwd: FW: Nasty Disney
>>Date: Thu, 01 Mar 2001 14:41:48 -0500
>> >From: Phylicia Jackson
>> >To: 'GregHolder' , "'Welcome, Anphonetta'" , 'tabatha pirtle' ,
Pattie
>>Gregory , Poinsettia Alexander
>> >Subject: FW: Nasty Disney
>> >Date: Wed, 28 Feb 2001 14:33:11 -0500
>> >
>> >open with care
>> >
>> > > -----Original Message-----
>> > > From: Rachelle Harrison
>> > > Sent: Wednesday, February 28, 2001 2:27 PM
>> > > To: Alondra Eason; Jill Pitts; Kim Small; Phylicia Jackson;
Tracey
>> > > Carpenter; Tracy McDowell
>> > > Subject: FW: Nasty Disney
>> > >
>> > >
>> > >
>> > > -----Original Message-----
>> > > From: Cynthia Johnson
>> > > Sent: Wednesday, February 28, 2001 9:11 AM
>> > > To: Rachelle Harrison
>> > > Subject: FW: Nasty Disney
>> > >
>> > >
>> > >
>> > > -----Original Message-----
>> > > From: Nicole Powell
>> > > Sent: Tuesday, February 27, 2001 10:26 AM
>> > > To: Andrea Morris; Erin Lohr; Cynthia Johnson; Med Rec 4th;
Sherry
>> > > Rakestraw
>> > > Subject: FW: Nasty Disney
>> > >
>> > >
>> > >
>> > > -----Original Message-----
>> > > From: Sheila Brown
```

```
>> > > Sent: Tuesday, February 27, 2001 10:09 AM
>> > > To: Nicole Powell
>> > > Subject: FW: Nasty Disney
>> > >
>> > >
>> > >
>> > > -----Original Message-----
>> > > From: Tiffini Powers
>> > > Sent: Tuesday, February 20, 2001 11:08 AM
>> > > To: Sheila Brown; Veronica Wilson
>> > > Subject: FW: Nasty Disney
>> > >
>> > >
>> > > -----Original Message-----
>> > > From: Chloe Castleberry
[mailto:chloe.castleberry@routematch.com]
>> > > Sent: Tuesday, February 20, 2001 9:16 AM
>> > > Subject: Nasty Disney
>> > >
>> > >
>> > >
>> > >
>> > > >
>> > >
>> > >
>> > > <> <> <>
>> > > <> <> <>
```

Get your FREE download of MSN Explorer at http://explorer.msn.com

**Attachment**



**Scan With Norton**

**Download File**

**ATT980515.gif** (24k)
Original Size: 375 x 290

**Attachment**

**Scan With Norton**

**Download File**



ATT980516.gif (44k)
Original Size: 459 x 345

Attachment



ATT980517.gif (28k)
Original Size: 163 x 243

**Scan With Norton**

**Download File**

Attachment

**Scan With Norton**

**Download File**

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=7952_952492_4916_973_201662_0...    7/15/2001



**ATT980518.gif** (21k)
Original Size: 279 x 287

**Attachment**



**Scan With Norton**

**Download File**

**ATT980519.gif** (9k)
Original Size: 234 x 158

**Attachment**



**Scan With Norton**

**Download File**

**ATT980520.gif** (13k)
Original Size: 218 x 278

Remember: You need to scan and clean your attachments every time you download or open them.

Prev | Next | Inbox

as attachment

- Choose Folder -

**Download** Attachments



Turn your small business into big business.
Get your company's web address for $35/year on Yahoo! Domains.

www. type-it-here

Yahoo! Messenger - Send instant messages to friends!

Address Book · Alerts · Auctions · Bill Pay · Bookmarks · Briefcase · Broadcast · Calendar · Chat · Classifieds · Clubs · Companion · Domains · Experts · Games · Greetings · Home Pages · Invites · Mail · Maps · Member Directory · Messenger · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Shopping · Sports · Stock Quotes · TV · Travel · Weather · Yahooligans · Yellow Pages · more...

Privacy Policy- Terms of Service - Guidelines
Copyright © 1994-2001 Yahoo! Inc. All rights reserved.

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=7952_952492_4916_973_201662_0...    7/15/2001

**Inbox for elenaajc@yahoo.com**                Yahoo! - My Yahoo!   Options - Sign Out - Help

COMPAQ                                          Mail   Addresses   Calendar   Notepad

tell companies what YOU think
- complaint   - question
- compliment  - suggestion
Company? [    ] GO

[as attachment]                                                 **Download** Attachments

Prev | Next | Inbox                                             - Choose Folder -

**From:** "gregg lawrence" <lover357@hotmail.com> | **Block Address** | **Add to Address Book**
**To:** simplyred1973@aol.com, Crafttash@cs.com, dcfiness@hotmail.com, elenaajc@yahoo.com, IBEAMKristin@aol.com, Keyz2me@aol.com, lee_kb52@hotmail.com, Mexigrl1@aol.com, mexigrl1@hawaii.rr.com, lori_august@hotmail.com, ohlovelyme@hotmail.com, redman3579@aol.com
**Subject:** Fwd: Your mother and my mother - Good one
**Date:** Mon, 25 Jun 2001 09:12:21 -1000

```
>From: "Kimberly Scott" <lilkimmy23@hotmail.com>
>To: alaskanhills@hotmail.com, alleegurl@hotmail.com,
bblockjr@hotmail.com,
>BGreen3695@aol.com, dbigdaddy34@hotmail.com, deneens@hotmail.com,
>beaumont18@hotmail.com, glenn_fairley@yahoo.com,
>jessica_rutherford@hotmail.com, ldovidi@bart.gov, lorddal@hotmail.com,
>lover357@hotmail.com, ms_qt_25@hotmail.com, pie357@yahoo.com,
>ridin2000@hotmail.com, Sadie.Smuin@med.ge.com, JWCrowellAK@cs.com
>Subject: Fwd: Your mother and my mother - Good one
>Date: Fri, 22 Jun 2001 13:10:14 -1000
>
```

Get your FREE download of MSN Explorer at http://explorer.msn.com

>From: "Peter St. Luce"
>Subject: Your mother and my mother - Good one
>Date: Thu, 21 Jun 2001 16:33:13 -1000
>
>

**Attachment**

**Scan With Norton**

**Download File**

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=9497_1328549_8435_1225_165500...   7/15/2001



piggy.jpg (118k)
Original Size: 539 x 746

**Remember:** You need to scan and clean your attachments **every** time you download or open them.



Yahoo! Messenger - Send instant messages to friends!
Address Book · Alerts · Auctions · Bill Pay · Bookmarks · Briefcase · Broadcast · Calendar · Chat · Classifieds · Clubs · Companion · Domains · Experts · Games · Greetings · Home Pages · Invites · Mail · Maps · Member Directory · Messenger · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Shopping · Sports · Stock Quotes · TV · Travel · Weather · Yahooligans · Yellow Pages · more...

Privacy Policy- Terms of Service - Guidelines
Copyright © 1994-2001 Yahoo! Inc. All rights reserved.

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=9497_1328549_8435_1225_165500...   7/15/2001

**Inbox for elenaajc@yahoo.com**

Yahoo! - My Yahoo!   Options - Sign Out - Help

Mail   Addresses   Calendar   Notepad

**Click Here!**

as attachment

**Download** Attachments

Prev | Next | Inbox

- Choose Folder -

**From:** "gregg lawrence" <lover357@hotmail.com> | **Block Address** | **Add to Address Book**
**To:** simplyred1973@aol.com, Crafttash@cs.com, dcfiness@hotmail.com, SNOBBYCHICK@CHICKMAIL.COM, elenaajc@yahoo.com, IBEAMKristin@aol.com, Keyz2me@aol.com, lee_kb52@hotmail.com, Mexigrl1@aol.com, mexigrl1@hawaii.rr.com, lori_august@hotmail.com, ohlovelyme@hotmail.com, redman3579@aol.com, focus716@hotmail.com, dabrownbombshell@hotmail.com, Serina.Johnson@nasd.com, sheenapooh74@hotmail.com
**Subject:** Fwd: Leave dem sexy women alone...
**Date:** Mon, 25 Jun 2001 09:10:41 -1000

```
>From: "Kimberly Scott" <lilkimmy23@hotmail.com>
>To: alaskanhills@hotmail.com, alleegurl@hotmail.com, bblockjr@hotmail.com,
>BGreen3695@aol.com, dbigdaddy34@hotmail.com, glenn_fairley@yahoo.com,
>lorddal@hotmail.com, lover357@hotmail.com, ms_qt_25@hotmail.com,
>pie357@yahoo.com, blueknight763@msn.com, ridin2000@hotmail.com
>Subject: Fwd: Leave dem sexy women alone...
>Date: Fri, 22 Jun 2001 13:08:21 -1000
>
```

Get your FREE download of MSN Explorer at http://explorer.msn.com

```
>From: "Peter St. Luce"
>Subject: Leave dem sexy women alone...
>Date: Thu, 21 Jun 2001 16:32:00 -1000
>
>
```

**Attachment**

**Scan With Norton**

**Download File**

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=9583_1263143_8225_1348_64056_...   7/15/2001


**Freak6_1__3_.jpg** (45k)
Original Size: 512 x 768

Remember: You need to scan and clean your attachments every time you download or open them.



Prev | Next | Inbox     as attachment      · Choose Folder ·      **Download** Attachments

**Click Here!**

Yahoo! Messenger - Send instant messages to friends!
Address Book · Alerts · Auctions · Bill Pay · Bookmarks · Briefcase · Broadcast · Calendar · Chat · Classifieds · Clubs · Companion · Domains · Experts · Games · Greetings · Home Pages · Invites · Mail · Maps · Member Directory · Messenger · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Shopping · Sports · Stock Quotes · TV · Travel · Weather · Yahooligans · Yellow Pages · more...

Privacy Policy - Terms of Service - Guidelines
Copyright © 1994-2001 Yahoo! Inc. All rights reserved.

http://us.f134.mail.yahoo.com/ym/ShowLetter?MsgId=9583_1263143_8225_1348_64056_...  7/15/2001