**Capital Reporting Company**

SHEET 1  PAGE 1

1

```
 1       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
              Washington Field Office
 2          1400 L Street, N.W., Suite 200            ORIGINAL
              Washington, D.C. 20005
 3

 4    - - - - - - - - - - - - - X
                                :
 5    ELENA COLES,              :
                                :
 6         Complainant,         :
                                :    EEOC No.
 7    vs.                       :    100-20004-00353X
                                :
 8    U.S. Department           :    Agency No.
      of the Army,              :    ARWRAMCO1JUL0003
 9                              :
           Agency.              :
10                              :
      - - - - - - - - - - - - - X
11                                   Washington, D.C.

12                        Thursday, October 14, 2002

13    Deposition of:

14                   ANN DESOTO

15    called for oral examination by counsel for

16    Complainant, pursuant to notice, at the offices

17    of Frederick J. Brynn, P.C., 922 Pennsylvania

18    Avenue, S.E., Washington, D.C., before Jodi

19    Scheffel, a Notary Public in and for the

20    District of Columbia, beginning at 10:00 a.m.,

21    when were present on behalf of the parties:

22
```

**Capital Reporting Company**

SHEET 24   PAGE 24

24

1     A.    2003.

2     Q.    Great.  Could you -- actually, can you

3  read the caption?  What does it say there?

4     A.    Affidavit of Ann DeSoto.

5     Q.    What were the contents of this affidavit?

6  Ms. DeSoto, can you tell me if that is your

7  signature?

8     A.    Yes, it is.

9     Q.    It is?

10    A.    Yes, it is.  I saw this already.  Yes, it

11 is.

12    Q.    Great.  Can you please read the document?

13    A.    Okay.  Read the whole thing?

14    Q.    Yes.

15    A.    I, Ann DeSoto, swear on the penalty of

16 perjury that the following is true and correct.

17          I am over the age of 18 and have personal

18 knowledge of the facts in this Affidavit.

19          I have worked at Walter Reed Army Medical

20 Center for 14 years.

21          From 1989 to 1999, I worked as a Senior

22 Research Coordinator for the Henry M. Jackson

**Capital Reporting Company**

SHEET 25  PAGE 25

25

1  Foundation in the Infectious Disease Clinic at
2  WRAMC.
3           On July 9, 2001, I called Mona -- I don't
4  know how to pronounce her last name -- at Kelly
5  Services and told her that Elena Coles had quit her
6  job in the Infectious Disease Clinic at WRAMC.
7           I also told Ms. Ghounem -- I believe
8  that's how you pronounce her name -- that WRAMC was
9  not satisfied with Ms. Cole's behavior toward staff
10 or towards patients.
11          Specifically, I told her that WRAMC
12 discovered a discrepancy with Ms. Coles' time card,
13 that WRAMC had received complaints from patients
14 about Ms. Coles, that Ms. Coles was rude to
15 patients an coworkers, and that Ms. Coles had
16 slapped a coworkers hand.
17          I also told Ms. Ghounem that WRAMC wanted
18 Kelly Services to send a replacement for Ms. Coles.
19 At the time I called her about Ms. Coles, I was not
20 aware of any allegations of sexual harassment made
21 by Ms. Coles against Sergeant Gregory Lawrence.
22      Q.  Thank you, Ms. DeSoto.  Is this document

**Capital Reporting Company**

SHEET 27   PAGE 27

27

```
 1      Q.   That's the reason why you wrote and
 2  signed the affidavit, right, because --
 3      A.   I signed it, yes.
 4      Q.   -- you had personal knowledge of all of
 5  the facts?
 6      A.   Correct.
 7      Q.   So every single allegation in this
 8  affidavit is correct; is true?
 9      A.   Patient and staff behavior, yes.  The
10  time sheets that I was informed, yes.
11      Q.   Why did you write this document?
12      A.   I did not write this document.
13      Q.   Who wrote it for you?
14      A.   I will defer to my lawyer.
15           MR. STOTTLEMYER:  Objection to that
16  question.
17  BY MR. ALFARO:
18      Q.   You still must answer the question
19  unless.
20      A.   I did not write the document.
21           MR. STOTTLEMYER:  It's attorney/client
22  privilege.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELENA COLES,                    )
                                )
        Plaintiff, *pro se*     )
                                )
v.                              )   Case No. 1:02CV01828
                                )   Judge Rosemary M. Collyer
                                )
                                )
KELLY SERVICES, INC.,           )
                                )
        Defendant.              )

### AFFIDAVIT OF ANN DESOTO

I, Ann DeSoto, swear under penalty of perjury that the following is true and correct.

1. I am over the age of eighteen and have personal knowledge of the facts in this Affidavit.

2. I have worked at Walter Reed Army Medical Center ("WRAMC") for 14 years.

3. From 1989 - 1999, I worked as a Senior Research Coordinator for the Henry M. Jackson Foundation in the Infectious Disease Clinic at WRAMC.

4. From 1999 - 2001, I worked as a Supervisory Administrative Coordinator in the Infectious Disease Clinic at WRAMC.

5. On July 9, 2001, I called Mona Ghounem at Kelly Services and told her that Elena Coles had quit her job in the Infectious Disease Clinic at WRAMC.

6. I also told Ms. Ghounem that WRAMC was not satisfied with Ms. Coles' behavior towards staff or towards patients.

7. Specifically, I told Ms. Ghounem that WRAMC discovered a discrepancy with Ms. Coles' timecard, that WRAMC had received complaints from patients about Ms. Coles, that Ms. Coles was rude to patients and coworkers and that Ms. Coles had slapped a coworker's hand.



8. I also told Ms. Ghounem that WRAMC wanted Kelly Services to send it a replacement for Ms. Coles.

9. At the time I called Ms. Ghounem about Ms. Coles, I was not aware of any allegations of sexual harassment made by Ms. Coles against Sgt. Gregory Lawrence.

Date: 07-10-03          Ann DeSoto
                        Ann DeSoto

District of Columbia

Subscribed and sworn to before me this 10th day of July, 2003.

                        Notary Public

My commission expires: October 14, 2007

WLA:1971134.1

2

MCHL-MI                                             9 July 2001

MEMORANDUM FOR RECORD

On 6 July 2001 at 1420, I was on leave and therefore called the clinic, which I was in the habit of doing, several times that day, to verify that work was being accomplished by the front desk clerks. I called at 1430 and SPC Lawrence answered the phone and said that he had just that moment allowed Mr. Peoples to go to lunch as Ms Coles never returned to relieve him. I asked him the time of her departure for lunch. He stated that she left at 1120 AM.

I spoke to Mr. Ansley later on that day. He informed me that Ms Coles had quit because she did not like the way SPC Lawrence was speaking to her. He also informed me that SPC Lawrence was upset because Ms Coles assaulted and insulted him.

I spoke to SPC Lawrence on Monday 9 July 2001 and he related the following to me. At 1500 hrs he was looking at a program on the television when Ms Coles approached the television and turned the station. He told her that she could not do that and SPC Lawrence attempted to turn the station again. Ms Coles slapped his hands several times whereby an augment occurred. SPC Lawrence informed me that he is a soldier and never in any way used bad language. However he said Ms Coles insulted him by calling him names.

On Monday 9 July Ms Coles called me at 0600 to inform me that she was coming in with her supervisor for a meeting with Dr. Hawkes but she did not know the time of the meeting. I informed her that I was the only person there at that time and that she needed to call later when Dr. Hawkes was there. I informed Dr. Hawkes of this conversation. He said that he could not meet that day as he was very busy.

This is my knowledge of the 6 July 2001 incident involving Ms Coles and SPC Lawrence.

Ann DeSoto
SAC, Infectious Disease Service
DOM
WRAMC