

**DEPARTMENT OF THE ARMY**
WALTER REED ARMY MEDICAL CENTER
WALTER REED HEALTH CARE SYSTEM
WASHINGTON, DC 20307-0001

MCHL-MI                                                          16 May 2003

TO WHOM IT MAY CONCERN

SUBJECT:  LETTER OF RECOMMENDATION FOR MS. ELENA A. COLES

    Ms. Coles worked as a Medical Clerk in the Infectious Disease Clinic of the Department of Medicine here at Walter Reed Army Medical Center. She was responsible, in part, for the efficient and orderly processing of a large cohort of HIV/AIDS patients who had very complex appointment schedules that involved several types of health care professionals including physicians, registered nurses, psychiatrist, social worker, chaplain, psychologist and a HIV nurse case manager. She greeted each patient cheerfully and with a great deal of respect. She interacted very well with clinic staff, patients and other visitors to the clinic. She was courteous when answering clinic phones and demonstrated an eagerness to assist the caller in making the desired connection or answering questions that often required utilization of a variety of resources. She worked very well with this multidisciplinary team and was respected for her work ethic and interpersonal skills.

    It was an unfortunate set of circumstances that led to her leaving this position, and her departure was a big disappointment for those of us who valued her contributions to the operations of this clinic. I think that Ms. Coles has great potential and warrants strong consideration for any position for which she is qualified. I wish her the best of luck in her future endeavors.

*[signature]* MD

CLIFTON A. HAWKES, MD
LTC (P) MC
Chief, Infectious Disease Service
(202) 782-8696

PLAINTIFF'S EXHIBIT "F"