IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES<br><br>Plaintiff,<br><br>v.<br><br>DR. FRANCIS J. HARVEY<br>Secretary of the Army<br><br>Defendant. | Civil Action No. 06-0223 (RMC) |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss / Motion for Summary Judgment and Plaintiff's Opposition thereto, it is hereby,

**ORDERED** that Defendant's motion for summary judgment is Denied in its entirety.

**FURTHER OREDERED** that Defendant shall answer Plaintiff's complaint within 11 days from this Order.

**SO ORDERED.**

_____
Rosemary M. Collyer
United States District Judge
