IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0223 (RMC) |
| ) | |
| DR. FRANCIS J. HARVEY ) | |
| Secretary of the Army ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY**

Plaintiff, pro se, brings suit pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII").  Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including November 22, 2006, within which to reply to Plaintiff's opposition to Defendants Motion to Dismiss or in the Alternative for Summary Judgment.  Good cause exists to grant this motion:

   1. Defendant's reply is presently due October 23, 2006.

   2. The enlargement is necessary because the undersigned counsel is leaving the U.S. Attorney's office and a new Special Assistant United States Attorney will be assigned to the case shortly.  The newly assigned counsel will need time to become familiar with the case.

   3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

   4.  This is the first enlargement of time sought regarding this reply.

   5.  Plaintiff opposes this relief.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

                                              Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0223 (RMC) |
| | ) |
| DR. FRANCIS J. HARVEY | ) |
| Secretary of the Army | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to Reply, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including November 22, 2006, to file its reply.

Dated this _____ day of _____, 2006.

_____
Rosemary M. Collyer
United States District Judge

Copies to:
ELENA COLES
10118 Campus Way S. #203
Upper Marlboro, MD 20774

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ELENA COLES
10118 Campus Way S.
Apartment 203
Upper Marlboro, MD 20774

on this 20th day of October, 2006.

                                        Respectfully submitted,

                                _____/s/_____
                                KEVIN K. ROBITAILLE
                                Special Assistant U.S. Attorney
                                Civil Division
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                202-353-9895  / FAX 202-514-8780