IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES,<br>        Plaintiff | )<br>)<br>) |
| v. | ) CASE NO. 1:06CV00223(RMC)<br>) |
| FRANCIS J. HARVEY,<br>Secretary, Department of the Army<br>        Defendant. | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780