# Exhibit 4

Case 1:06-cv-00223-RMC    Document 11-3    Filed 11/22/2006    Page 1 of 3

# FORMAL COMPLAINT OF DISCRIMINATION

For use of this form, see AR 690-600; the proponent agency is OSA

## PRIVACY ACT STATEMENT (6 USC 552a)

**Authority:** Public Law 92-201.

**Principle Purpose:** Formal filing of allegation of discrimination because of race, color, religion, sex, handicap, age, national origin or reprisal.

**Routine Uses:** This form and the information on this form may be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (e.g., Members of Congress, The White House, and the Equal Employment Opportunity Commission (EEOC)) regarding the status of the complaint or appeal; and (c) to adjudicate complaint or appeal.

**Disclosure:** Voluntary; however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

1. **NAME OF COMPLAINANT** (Last, First, Middle Initial): COLES, ELENA, A

2. **SSN:** [redacted]

3a. **HOME TELEPHONE NO.:** [redacted]
3b. **WORK TELEPHONE NO.:** [redacted]

4. **ADDRESS** (Include City, State, and ZIP Code): [redacted]

5. **ARE YOU BEING REPRESENTED?** ☒ a. Yes (Complete 5c) ☐ b. No

5c. **IF YES, NAME OF REPRESENTATIVE:** SCOTT OSWALD OF NOTO AND OSWALD, PC

6a. **NAME OF ARMY ORGANIZATION YOU BELIEVE DISCRIMINATED AGAINST YOU:** WALTER REED ARMY MEDICAL CENTER

6b. **ADDRESS OF ALLEGED DISCRIMINATION ORGANIZATION** (Include City, State, and ZIP Code): WALTER REED ARMY MEDICAL CENTER INFECTIOUS DISEASE CLINIC BUILDING 2, 1400 GA AVE NW, WASHINGTON DC 20307

7. **MAJOR ARMY COMMAND OR ACTIVITY YOU BELIEVE DISCRIMINATED AGAINST YOU:** NARMC

8. **DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED:** 7-6-2001

9. **ARE YOU WORKING FOR THE FEDERAL GOVT.?** ☐ a. Yes (Complete Items 10, 11 and 12) ☒ b. No (Skip to Item 13)

13. **Reason you believe you were discriminated against** (Check Below):
- a. RACE
- b. COLOR
- c. RELIGION
- d. NATIONAL ORIGIN
- e. HANDICAP ☐ Mental ☐ Physical
- f. SEX ☐ Female ☐ Male
- g. AGE
- h. REPRISAL ✓

14. **I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR:** ☒ a. Yes (Complete 14c) ☐ b. No

14c. **IF YES, NAME OF COUNSELOR:** MARLENE MOORE

15. **DATE OF FINAL INTERVIEW:** 10-3-01

16. **EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST**

Allegation No. 1: ATTACHED IS MY WRITTEN STATEMENT. A TOTAL OF 5 PAGES.

17. LIST IN ITEM 20 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COMPLAINT: SEE 20

18. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT: I WANT TO BE LEGALLY AND FINICALLY COMPENSATED FOR DISCRIMINATION, LOSS OF WAGES, PAIN AND SUFFERING. I WANT ALL PARTIES INVOLVED TO ATTEND DISCRIMINATION AND HARASSMENT CLASSES. I WANT LETTER OF APOLOGY FROM ALL THE PARTIES INVOLVED.

DA FORM 2590-R, AUG 89    DA FORM 2590-R, DEC 85 IS OBSOLETE    USAPPC V1.00

| | | |
|---|---|---|
| 19. | HAVE THE MATTERS LISTED IN ITEM 18 BEEN APPEALED TO THE MERIT SYSTEM PROTECTION BOARD OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE? | ☐ a. Yes (Explain in item 20)   ☑ b. No |

**20. REMARKS**

JEROME ALLEN
ATTACHED IS A NOTARIZED STATEMENT
FROM MY WITNESS.

| 21. SIGNATURE OF COMPLAINANT | 22. DATE THIS COMPLAINT FORM WAS SIGNED BY THE COMPLAINANT (Month, day, year) |
|---|---|
| *[signature]* | 11-8-01 |

**To be Completed by the Organization's EEOO**

I certify that: (1) The complainant has reaffirmed this complaint in my presence and has stated that the facts contained therein are true to the best of his/her knowledge; (2) a determined effort at informal resolution of this complaint failed to produce a solution satisfactory to the complainant; and (3) local management in the appropriate chain of command has been informed concerning the complaint and its submission in the above format.

| 23. SIGNATURE OF EEOO | 24a. TYPED NAME AND TITLE OF EEOO |
|---|---|
| *[signature] Rachel L. Moritz* | Thomas F. Dickenson |
| | 24b. ADDRESS OF EEOO: Walter Reed Army Medical Center, Bldg. 1, Rm B220, Washington, D.C. 20307 |
| 25. DATE COMPLAINT FILED WITH EEOO | 26. TELEPHONE NO. OF EEOO PROCESSING COMPLAINT |

The matter(s) giving rise to the complaint will be coded using one or more of the following codes:

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CODE |
|---|---|---|---|---|---|
| Appointment | (1) | Training | (9) | Reprisal | (17) |
| Promotion | (2) | Time & Attendance | (10) | Pay, Including Overtime | (18) |
| Reassignment | (3) | Retirement | (11) | Conversion to Full Time/ | |
| Separation/Termination | (4) | Assignment of Duties | (12) | Career Conditional | (19) |
| Suspension | (5) | Exam/Test | (13) | Reinstatement | (20) |
| Reprimand | (6) | Work Conditions | (14) | Awards | (21) |
| Evaluation/Appraisal | (7) | Harassment | (15) | And/Or Other (Specify) | (22) |
| Duty Hours | (8) | Sexual Harassment | (16) | | |

27. Enter Code(s) for Matter(s) Giving Rise to the Complaint →

**INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION**

This form will be used only if you, as an Army employee or as an applicant for Federal employment, think you have been treated unfairly because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal. If you have any questions concerning the completion of this form, you may contact the Equal Employment Opportunity Officer (EEOO) at your activity.

Your written, formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. If the matter has not been resolved to your satisfaction within 21 calendar days of your first interview with the EEO counselor and the final counseling interview has not been completed within that time, you have a right to file a complaint at any time thereafter up to 15 days after the final interview. Your written formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. This time limit may be extended if you can give a good reason for not submitting the complaint within the 15 calendar day limit.

You may have a representative at all stages of the processing of your complaint. You or your representative should personally file your complaint with the EEOO of your activity.

If your complaint is accepted, you will have an opportunity to talk with an investigator from the U.S. Army Civilian Appellate Review Agency and to give him or her all the facts you have which you believe will support your complaint. If your complaint is rejected, you will be advised in writing of the reason(s) and advised of the right to appeal. Upon completion of the investigation of your complaint, you will receive a copy of the investigator's report and an attempt will be made to resolve the complaint then.

If your complaint cannot be settled informally on the basis of the investigation, you may request a review of your record by the Department of the Army Director of Equal Employment Opportunity, or you may request a hearing at this stage. If a hearing is requested, it will be conducted by an administrative judge designated by the EEOC. The findings, analysis, and recommendations will be forwarded to the Director of EEO for decision. You will be advised by the Director of the decision and provided a copy of the case record.

If you are not satisfied with the Director's decision, you will have the right to appeal to the Office of Review and Appeals of the EEOC, P.O. Box 19848, Washington, D.C. 20036, within 20 calendar days after receipt of the decision.

Please be specific in stating the facts concerning your complaint. Items 15 through 19.

REVERSE, DA FORM 2590-R, AUG 89                                        USAPPC V1.00