# Exhibit 5

Case 1:06-cv-00223-RMC    Document 11-4    Filed 11/22/2006    Page 1 of 7

Walter Reed Army Medical Center, EEO - Informal Complaint

# AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES NOTICE
(Form B)

Equal Employment  
Opportunity Office

DATE: _____  
DA CATS #: _____

MEMORANDUM THRU EEO Counselor

FOR  ELENA  OKES  
(Name of Aggrieved Person)

SUBJECT: Aggrieved Person's Rights and Responsibilities

1. **Purpose:** If you believe you have been discriminated against because of your race, color, religion, sex, national origin, age, physical or mental handicap and/or subjected to reprisal in an employment matter subject to the control of the Army, you may have the choice of options to pursue your EEO complaint and have it resolved. The purpose of this memorandum is to advise you, in writing, of those rights and responsibilities.

2. **Rights:**

   A. Options for employees outside of a bargaining unit. If you are not a member of a bargaining unit covered by a union contract, you have the right to select one of the following options:

   (1) You may pursue a discrimination complaint under the procedures covered by Army Regulation (AR) 690-600. Your first step under this procedure is to contact an Equal Employment Opportunity (EEO) counselor within 45 calendar days of the date of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action. An EEO official, such as the EEO officer, specialist, assistant, or counselor, will offer you the opportunity to participate in either the traditional EEO counseling process or the alternative dispute resolution (ADR) method being used in lieu of traditional counseling. Complaints at this step of the process are termed informal complaints and an individual contacting an EEO official at this stage of the EEO process is referred to as an "aggrieved person".

   (a) Mediation, the ADR process preferred by the Department of the Army, is a method by which an objective and impartial person (the trained mediator) facilitates communication between the aggrieved person and management, and assists them in resolving their own problem(s) or dispute(s). If you choose to participate in mediation, the informal period will be extended an additional 60 calendar days to accomplish the mediation. If additional issues not initially recorded on the Initial Contact and/or Counseling Session for Informal Complaint of Discrimination form are presented by you during mediation, those issues must be recorded on an Addendum to the Initial Contact and/or Counseling Session for Informal Complaint of Discrimination, and both you and the mediator must sign the addendum. If mediation is successful, a negotiated settlement agreement will be signed by the participants. If mediation is not successful or if some issues remain unresolved after mediation, you will be given a Notice of Right to File a Formal Complaint of Discrimination. You may file a formal complaint only on those issues addressed during mediation.

   (b) If you choose traditional counseling, an EEO counselor will be provided to you within three (3) days. During the initial interview with the assigned EEO counselor, the issue(s) previously identified by you during the initial intake process and recorded on the Initial Contact and/or Counseling

Walter Reed Army Medical Center, EEO – Informal Complaint Session for Informal Complaint of Discrimination form will be discussed in order to define and record the specific dates and facts of the incidents or personnel actions alleged by you to be discriminatory. If additional issues not initially recorded on the Initial Contact and/or Counseling Session for Informal Complaint of Discrimination form are presented by you during the initial interview with the EEO counselor, those issues must be recorded on an Addendum to the Initial Contact and/or Counseling Session for Informal Complaint of Discrimination, and both you and the EEO Counselor must sign the addendum. You must cooperate with the EEO counselor in clearly defining the issues for inquiry. The EEO counselor's inquiry is designed to reach a satisfactory resolution of your allegations. The EEO counselor will advise you of the results of the inquiry and discuss proposed solutions. If the EEO counselor is unable to resolve your complaint, he or she will conduct a final interview with you within 30 days of the date you initiated the counseling process, unless an extension of the counseling period was executed. The EEO Counselor will then issue you a Notice of Right to File a Formal Complaint of Discrimination. Upon receipt of this notice, you may file a formal complaint of discrimination. The EEO counselor will tell you with whom to file your formal complaint and will explain the formal complaint procedures which include an investigation by the Department of Defense Office of Complaint Investigations, a hearing before an EEO Commission Administrative Judge for a non-mixed complaint case, if you so choose, and a final decision by the Army.

(2) You may pursue a discrimination complaint under the Merit Systems Protection Board (MSPB) appeal procedure. This procedure is available to you only if the alleged discriminatory action can be appealed to the MSPB. Examples of personnel actions that are appealable to the MSPB include but are not limited to, removal or suspension for more than 14 days of a non-probationary competitive service employee. If you are subject to a personnel action that is appealable to the MSPB, you will be notified in writing of your right to appeal to the MSPB. The time limit for appeal to the MSPB is 30 calendar days after the effective date of the personnel action which you believe discriminatory in nature. Under such an appeal, you are entitled to a hearing by the MSPB. In addition, you may petition the EEOC to review the final decision of the MSPB on the allegation(s) of discrimination.

B. Options for employees within a bargaining unit. If you are a member of a bargaining unit covered by a union contract, and if the negotiated grievance procedure in that contract does not specifically exclude discrimination issues, your rights are the same as those shown in paragraphs 2a(1)(a) and (b) above. If you are a member of a bargaining unit covered by a union contract, and if the negotiated grievance procedure in that contract does not specifically exclude discrimination issues, you have the right to select one of the following options:

(1) You may pursue a discrimination complaint under the procedures covered by AR 690-600 as described in paragraph 2a (1) (a) and (b) above. This includes the option to participate in mediation during the informal process.

(2) You may pursue a discrimination complaint under the Merit Systems Protection Board (MSPB) appeal procedure as described in paragraph 2a (2) above.

(3) You may pursue a discrimination complaint under the negotiated grievance procedure. Your union contract outlines the grievance steps. Note the following:

    (a) Decisions in actions covered by Title 5 United States Codes, Section 7512 or 4303 cases are not appealable to the Federal Labor Relations Authority (FLRA). If you choose the negotiated grievance procedure, you have the right to appeal the final decision, whether it be an Army decision, arbitration award, or FLRA decision, to the EEOC. A bargaining unit employee who raises a claim of discrimination in connection with an appealable Reduction in Force (RIF) action may choose to appeal to the MSPB.

B-2

Walter Reed Army Medical Center, EEO - Informal Complaint

    (b) In actions not appealable to the MSPB, but covered by the negotiated grievance procedure, you may choose between the grievance procedure or the EEO complaint procedure under AR 690-600.

    (c) If the negotiated grievance procedure excludes claims of discrimination, the option is to use Title VII procedures.

  (4) You may not seek redress under the EEO complaint procedures and the negotiated grievance procedure. When you select the negotiated grievance procedure by filing a written grievance, your decision is considered to be final and you cannot seek redress under the EEO complaint procedure.

  (5) A grievance under the negotiated procedure will be rejected if you have filed a timely appeal with the MSPB or if you have filed a formal discrimination complaint under the EEO complaint procedure.

  (6) Allegations of discrimination that are subject to final administrative review by the EEOC may not be raised by an employee in the administrative grievance procedures (see DOD 1400.25M, Subchapter 771).

C. <u>Additional option for Age Discrimination in Employment Act of 1967 (ADEA), as amended, discrimination complainants (age 40 and over).</u>

In lieu of filing a complaint under this regulation, a mixed case appeal with MSPB (if applicable) or a negotiated grievance (if applicable) as described above, you may elect to bypass the administrative procedure and file a civil action directly in an appropriate U.S. District court, after first filing a written notice of intent to file a civil action with the EEOC within 180 calendar days of the date of the alleged discriminatory action. Once a timely notice of intent to sue is filed with the EEOC, you must wait at least <u>30 calendar days</u> before filing a civil action.

  (1) You must be aware that if you elect to file an administrative complaint rather than filing directly in US District Court you must exhaust your administrative remedies before you can file a civil action.

  (2) You will have exhausted your administrative remedies when one of the following occurs:

    (a) after receiving notice of the final Army decision on your complaint, if no appeal has been filed; or, after <u>180 calendar days</u> from the date you filed your complaint with the Army and the Army has failed to issue a final decision and no appeal has been filed; or

    (b) after receiving the EEOC's final decision on your appeal; or after 180 calendar days from the date you filed an appeal with the EEOC and the EEOC has not issued a final decision on the appeal.

D. <u>Equal Pay Act Option</u>

If you are alleging sex-based wage discrimination under the Equal Pay Act (EPA), you have the right to go direct to the U.S. District Court even though such claims are also cognizable under Title VII. A civil action must be filed within <u>2 years</u> of the date of the occurrence or within <u>3 years</u> of this date if the violation is alleged to be willful. The filing of an administrative complaint does not toll the time for filing a civil action.

22

B-3

Walter Reed Army Medical Center, EEO - Informal Complaint

    E. You have the right to remain anonymous during the counseling. The counselor will refrain from revealing your identify except by your authorization. During the informal period, if you choose to participate in mediation, you will not be able to remain anonymous.

    F. You have the right to a representative of your choice throughout the complaint process including counseling. This right to choice of representation is limited when there would be a conflict of interest as defined in AR 690-600. Your right to representation is extended to the mediation process. However, the mediator will decide the extent to which the representative actively participates in mediation. Nonetheless, you will have sufficient time to discuss resolution and review any proposed terms with your representative prior to finalizing a settlement agreement.

    G. If you file a formal complaint, you have a right to be notified whether the activity EEO officer accepted or dismissed your complaint in whole or in part. If you do not receive written notice within five (5) working days of filing a formal complaint, you should check with the undersigned or the major Army command EEO officer.

    H. You have the right to request a hearing before an EEOC Administrative Judge (except in a mixed case) after completion of the investigation or 180 calendar days from the filing of a formal complaint, whichever comes first. Your request should be mailed directly to EEOC, 1400 L St., NW, Suite 200, Washington, DC 20005, with a copy to WRAMC EEO 6825 16th St, NW, Building 1, Room B220, Washington, DC 20307-5001.

    I. You have the right to an immediate final decision after an investigation by the agency in accordance with 1614.108(f).

    J. You have the right to file a civil action in an appropriate US District Court:

        (a) within 90 days of receipt of a final agency decision if no appeal has been filed;
        (b) within 180 calendar days after filing a formal complaint if an appeal has not been filed and a final decision by the EEOC.
        (c) within 90 days of receipt of the EEOC's final decision on an appeal; or
        (d) 180 calendar days after filing an appeal with EEOC if there has been no final decision by the EEOC.

    K. You have the right to receive in writing within 30 calendar days of the first counseling contact (unless you agree in writing to an extension) a notice terminating counseling and informing you of

        (a) the right to file a formal individual or class complaint within 15 calendar days of receipt of the notice,
        (b) the appropriate official with whom to file a formal complaint, and
        (c) your duty to immediately inform the agency if you retain counsel or a representative.

Any extension of the counseling period may not exceed an additional 60 calendar days. Where notice is not provided and no extension is secured, you have the right to file a formal complaint after the 30th day. Exception: Where you agree to participate in mediation and unresolved issues remain after the mediation attempt, the written Notice of Right to File a Formal Complaint of Discrimination will be issued upon completion of the mediation process or within 90 calendar days of the initial contact, whichever comes first.

*33*

B-4

Walter Reed Army Medical Center, EEO - Informal Complaint

3. Responsibilities:

   A. You are responsible for cooperating with the EEO counselor, the mediator (if you agree to participate in mediation), the EEO Officer, and the investigator in processing your EEO complaint.

   B. You are responsible for assuring that the activity EEO Officer and the EEOC are advised, in writing, of your current mailing address at all times during the processing of your EEO complaint in the administrative process. Failure to keep the agency and EEOC informed of your current address may result in dismissal of your complaint.

   C. If you file a formal complaint, you are responsible for informing the EEO Officer whether you are represented, by whom, and the address and telephone number(s) of the individual. You must also inform the EEO Officer of any change in representation.

   D. You are responsible for informing the EEO office of your election of redress. The formal action you file first (a MSPB mixed case appeal, a discrimination complaint under the EEO complaint procedure, or a written grievance under the negotiated grievance procedure) is considered to be an election to proceed only in that forum as to the alleged discrimination. Thus you should be aware that:

      (1) An appeal to the MSPB will not be accepted if you have filed a timely formal complaint in writing under the EEO complaint procedure or a timely written grievance under the negotiated procedure.

      (2) A discrimination complaint filed under the EEO complaint procedure will be dismissed if you have filed a timely appeal to the MSPB or a timely written grievance under the negotiated procedure on the same matter.

   E. You must mitigate damages, i.e. you must look for other appropriate employment and seek treatment for any injury you claim.

   F. You are responsible for filing a formal EEO complaint within 15 calendar days of receipt of the counselor's Notice of Right to File a Discrimination Complaint.

   G. If you have filed two or more complaints, the agency must consolidate them after appropriate notice to you. When a complaint has been consolidated with one or more earlier complaints, the agency shall complete its investigation within the earlier of 180 days after the filing of the last complaint or 360 days of the filing of the first complaint.

   H. You are advised that only matters of discrimination raised in the informal complaint process or matters of discrimination like or related to the matters raised in the informal complaint may be alleged in the subsequent formal complaint filed.

   I. You are responsible for serving a notice of appeal and a copy of the brief (if any) on the agency should you elect to appeal an agency decision to the EEOC, Office of Federal Operations.

   J. Should you elect to bypass the administrative procedure in an age discrimination complaint set forth in section 2C above, you must provide the following information in your notice of intent to sue:
      (1) The date prepared.
      (2) Statement of intent to file a civil action under Section 15(d) of the Age Discrimination in Employment Act (ADEA), as amended.
      (3) Your name, address, and telephone number.

34

B-5

Walter Reed Army Medical Center, EEO - Informal Complaint

 (4) Name and address, and telephone number of your designated representative, if any.

 (5) Name and location of the federal agency or installation where the alleged discriminatory action occurred.
  (6) Statement of the nature of the alleged discriminatory action(s).
  (7) Date(s) the alleged discriminatory action occurred.
  (8) Your signature or the signature of your designated representative.

Notices of Intent to Sue under the ADEA must be submitted to the EEOC at the following address:

  Federal Sector Programs
  Equal Employment Opportunity Commission
  1801 L Street, NW
  Washington, DC 20507

4. If you have any other questions on this matter, you may contact the EEO Manager or EEO Officer at (202) 782-3343.

            Equal Employment Opportunity Officer

I certify that I have been advised of my right and responsibilities as stated on this memorandum which the EEO Counselor has presented to me.

X _____    _____
Aggrieved's Signature            EEO Official's Signature

2/17/01
Date

35
B-6