# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ELENA COLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-223 (RMC)** |
| | ) | |
| **FRANCIS J. HARVEY,** | ) | |
| **SECRETARY, DEPT. OF THE ARMY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. # 7] is **GRANTED IN PART AND DENIED IN PART**. The motion to dismiss under Rule 12(b)(1) for lack of subject matter jurisdiction is **DENIED WITHOUT PREJUDICE**; the motion to dismiss under Rule 12(b)(6) with respect to Plaintiff's claim based on alleged sexual harassment is **GRANTED**; and the motion to dismiss under Rule 12(b)(6) with respect to Plaintiff's claim based on alleged retaliation is **DENIED**. The Court declines to convert Defendant's motion into one for summary judgment under Fed. R. Civ. P. 56.

**SO ORDERED**.

Date: January 11, 2007

_____/s/_____
Rosemary M. Collyer
United States District Judge