IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES,                     )<br>      Plaintiff            )<br>                          )<br>     v.                          )<br>                          )<br>THE HONORABLE PETE GEREN[1]  )<br>Secretary, Department of the Army )<br>      Defendant.                )<br>_____ ) | CASE NO. 1:06CV00223(RMC) |

**JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

COME NOW, Plaintiff, *pro se*, and Defendant, through his undersigned Counsel, and respectfully move for a continuance of the status conference in the above-captioned matter, and state as follows:

1.   A Status Conference is presently scheduled for June 22, 2007 at 10:30 a.m. before the Honorable Rosemary M. Collyer.

2.   Plaintiff recently gave premature birth and her newborn child had emergency surgery, from which he is still recovering. Plaintiff needs to provide care while her son recovers and will be unable to leave her child to attend the Status Conference. Plaintiff respectfully requests that the conference be rescheduled at a date no earlier than August 22, 2007.

3.   Defendant does not oppose this request to continue the Status Conference and agreed to file this request as a Joint Motion.

For the above reasons, the parties respectfully request that the Court grant this Motion

---

[1] On March 10, 2007, the Honorable Pete Geren became the acting Secretary of the Army and is substituted for Francis J. Harvey pursuant to Fed. R. Civ. P. 25(d)(1).

for Continuance of the Status Conference presently scheduled for June 22, 2007.

        Respectfully submitted,

_/s_____       _/s_____
ELENA COLES       JEFFREY A. TAYLOR, D.C. Bar # 498610
10118 Campus Way S., #203       United States Attorney
Upper Marlboro, MD, 20774
Plaintiff, *pro se*

     _/s_____
     RUDOLPH CONTRERAS D.C. Bar # 434122
     Assistant United States Attorney

     _/s_____
     STEVEN M. RANIERI
     Special Assistant U.S. Attorney
     555 Fourth Street, N.W.,
     Washington, D.C. 20530
     (202) 353-9895
     Attorneys for Defendant