**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELENA COLES, )<br>      Plaintiff )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN[2] )<br>Secretary, Department of the Army )<br>      Defendant. )<br>_____ ) | CASE NO. 1:06CV00223(RMC) |

**ORDER**

Upon consideration of the parties' Joint Motion for Continuance of Status Conference, and the entire record of this case, it is hereby

**ORDERED** that the Status Conference scheduled for June 22, 2007 at 10:30 a.m. is vacated and rescheduled for _____, 2007 at _____.

Dated this _____ day of _____, 2007.

_____
Rosemary M. Collyer
United States District Judge

Copies to:
Plaintiff via U.S. mail:
10118 Campus Way S., #203
Upper Marlboro, MD, 20774

Defendant via ECF

---

[2] On March 10, 2007, the Honorable Pete Geren became the acting Secretary of the Army and is substituted for Francis J. Harvey pursuant to Fed. R. Civ. P. 25(d)(1).