IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 06-0223 (RMC) |
| FRANCIS J. HARVEY, Secretary, Department of the Army | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

ELENA COLES
10118 Campus Way South, #203
Upper Marlboro, MD 20774

on this _____ day of July, 2007.

                                    _____/s/_____
                                    BRIAN C. BALDRATE
                                    Special Assistant U.S. Attorney
                                    555 Fourth St., N.W.
                                    Room E4408
                                    Washington, D.C.  20530
                                    202-353-9895  / FAX 202-514-8780