UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELENA COLES

    Plaintiff,

vs.                                               Civil Action No.  06-223 (RMC)

FRANCIS J. HARVEY,
SECRETARY, DEPT. OF THE ARMY,

    Defendant.

**NOTICE OF APPEARANCE**

To the Clerk of the court and parties of record:

   Please enter my appearance as counsel in this case for Plaintiff Elena Coles in case number 06-223 (RMC).

I certify that I am admitted to practice in this court:

August 20, 2007

                                                      /s/ James Q. Butler
                                                      James Q. Butler, Esq.
                                                      Attorney at Law
                                                      Butler Legal Group, PLLP
                                                      818 18th Street, 6th Floor
                                                      Washington, D.C.  20006
                                                      Telephone:  (202) 223-6767
                                                      Facsimile:  (202) 223-3039

`