UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELENA COLES, </br></br> Plaintiff, </br></br> v. </br></br> FRANCIS J. HARVEY, </br> SECRETARY, DEPT. OF THE ARMY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 06-223 (RMC) </br> ) </br> ) </br> ) </br> ) </br> ) |

## SCHEDULING ORDER

Pursuant to the parties' agreement at the scheduling conference held in open court on August 31, 2007, it is hereby **ORDERED** that:

1. Each party is limited to a maximum of five depositions.

2. Each party is limited to a maximum of 25 interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

3. Each party is limited to a maximum of 25 requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty 30 days after service.

4. Fact discovery shall be completed no later than February 29, 2008.

5. Expert discovery, if any, shall be completed no later than March 31, 2008.

6. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

7. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ.

      P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

8.   A further status conference is scheduled for March 4, 2008, at 4:30 p.m., at which time a pretrial conference date and a trial date will be selected. Counsel shall be prepared at the status conference to advise the court of the expected length of trial and of the number of fact and expert witnesses each party will present. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

9.   This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

      **SO ORDERED.**

Date: August 31, 2007                            /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge