IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES,                )<br>            Plaintiff,              )<br>                                     )<br>        v.                            )    CASE NO. 06-0223(RMC)<br>                                     )<br>PETE GEREN,                )<br>Secretary, Department of the Army  )<br>            Defendant.             )<br>_____  )  | |

### JOINT MOTION FOR AN ENLARGEMENT OF TIME
### WITHIN WHICH TO COMPLETE FACT DISCOVERY AND RESCHEDULE
### STATUS CONFERENCE

Plaintiff brings this case under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. The Parties respectfully move this Court for an enlargement of time through and including March 31, 2008, within which to complete fact discovery in this matter. Moreover, the parties request re-scheduling the Status Conference in this case for April 4, 2008. Good cause exists to grant this motion:

1. The Court's August 31, 2007, Scheduling Order established a deadline of February 29, 2008 for the completion of fact discovery, and March 31, 2008, for the completion of expert discovery. The Scheduling Order also provided for a Status Conference on March 4, 2008, at 4:30 p.m.

2. The parties have been attempting to resolve this case without the need for further litigation; however, the parties have been unable to reach an agreement in this matter.

3. Granting the enlargement for fact discovery will coincide with the current deadline for the completion of expert discovery, and will not extend discovery beyond the original discovery period.

4. Rescheduling the Status Conference for April 4, 2008, after the close of all discovery, will aid the Court and the parties in setting other appropriate scheduling deadlines in this matter.

5. Granting this enlargement will not require the rescheduling of a trial date as this date has not yet been set.

6. This is the first enlargement of time sought for discovery matters.

For these reasons, the parties request that the Court grant this Motion for Enlargement of Time within which to complete fact discovery.

 

_____
James Q. Butler, D.C. Bar # 490014
Butler Legal Group PLLP
818 18th Street N.W. - Suite 1010
Washington, D.C. 20006
(202) 223-6767
Attorney for Plaintiff

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
BRIAN C. BALDRATE,
Special Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 353-9895
Attorneys for Defendant