IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA COLES,         ) | |
|     Plaintiff,         ) | |
| )            | CASE NO. 06-0223(RMC) |
| v.         ) | |
| )            | |
| PETE GEREN,         ) | |
| Secretary, Department of the Army   ) | |
|     Defendant.         ) | |
| )            | |

**MOTION FOR AN ENLARGEMENT OF TIME
TO COMPLETE FACT DISCOVERY**

   **COMES NOW** THE PLAINTIFF, Elena Coles, through her undersigned attorney, James Q. Butler, Esq. respectfully move this Court for an additional **(3)** three weeks for an enlargement of time to complete the fact discovery. Counsel for the plaintiff conferred with defense counsel, and defense counsel does not object.

   **WHEREFORE,** Plaintiff respectfully requests this Honorable court to grant this Motion for an enlargement of time to complete discovery.

   Respectfully submitted,

   /s/ James Q. Butler
   James Q. Butler, Esq.
   D.C. Bar# 490014
   818 18th Street N.W.
   Suite 630
   Washington, D.C. 20006
   (202) 223-6767
   Attorney for Plaintiff

**Certificate of Service**

 I hereby certify that, on this 25th day of March, 2008, the foregoing was ECF to the clerk of the court for the United States District Court for the District of Columbia, and to the followings:

Jeffery A. Taylor, Esq.
Rudolph Contreras, Esq.
Brian C. Baldrate, Esq.

 /s/ James Q. Butler
 James Q. Butler, Esq.