REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-H

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-00223 | DATE REFERRED:<br>4/10/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>ELENA COLES | | DEFENDANT(S):<br>FRANCIS J. HARVEY | | |
| ENTRIES:<br>This case is referred for a 60-day period commencing 4/10/08, and ending 6/9/08. | | | | |