addition, please note that mediation statements will not be accepted.