IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Elena Coles** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: 06-0223 (RMC) |
| **Pete Green, Secretary** <br> **Department of the Army** | * | |
| | * | |
| **Defendant.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR EXTENSION OF TIME**

PLEASE TAKE NOTICE, that James Q. Butler, Esq., humbly files his request for an extension of time in the above referenced matter, on behalf of Elena Coles for the following reason:

- Counsel was scheduled for a federal trial that has been extended longer than anticipated, and is due back in Federal Court on May 22, 2008 at 9:00 a.m. It is anticipated that the trial will conclude on May 23, 2008.

Counsel humbly requests that the Conference be rescheduled for the 3rd of June, the 10th of June, or the 12th of June.

WHEREFORE, the Plaintiff prays that this Honorable Court grant this Motion for Extension of Time and continue the Settlement Conference an additional two weeks for the reason stated herein.

_____/s/_____
James Q. Butler, Esq.
818 18th Street N.W.
Suite 630
Washington, DC 20006
Phone: (202) 223-6767
Facsimile: (202) 223-3039

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was emailed as well as mailed pre-paid, first-class postage to:

Brian C. Baldrate
Special Assistant to U.S. Attorney
Civil Division
555 Fourth Street N.W.
Washington, D.C. 20530

                                                On this 21st day of May, 2008

                                                _____/s/_____
                                                James Q. Butler, Esq.